**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**DONALD RAY SMITH (#429663)**                              **CIVIL ACTION**

**VERSUS**                                                                **NO. 25-129-JWD-EWD**

**TRAVIS DAY, ET AL.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 26, 2026 (Doc. 24), to which two Objections (Docs. 26 and 27) and a Memorandum in Support of Objections to the Report and Recommendation of the Magistrate's Report and Recommendation (Doc. 28) were filed and considered;

**IT IS ORDERED** that the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus By a Person in State Custody (Doc. 1) filed by Petitioner Donald Ray Smith, is **DENIED** as untimely, and that this case shall be **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a certificate of appealability shall be **DENIED** if Petitioner seeks to pursue an appeal.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>June 17, 2026</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**